UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LINDA JOHNSON,

    Plaintiff,

CASE NO.: 3:18-CV-00389

-vs-

SETERUS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Linda Johnson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to David O Huff 1222 16th Avenue, South, Suite 301 Nashville TN 37212 on this 4th day of September, 2018.

    */s/ Octavio Gomez*
    Frank H. Kerney, III, Esquire
    Florida Bar No.: 88672
    Tennessee Bar No.: 035859
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile: (813) 559-4831
    Primary Email: FKerney@ForThePeople.com
    Secondary Email: RKnowles@ForThePeople.com
    *Counsel for Plaintiff*